454 A.2d 158

Kropf, et al. v. Schubert, et al., Appellants.

Petition for Allowance of Appeal
Denied March 22, 1983.

Argued December 9, 1981.
William G. Malkames, for appellants; Michael E. Riskin, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment affirmed.

454 A.2d 158

Lehr v. Lehr, Appellant.

Submitted May 25, 1982. Earl H. Lehr, appellant, in propria persona; Albert B. Wrigley, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.